■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VERNON JACKSON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent, (Appeal No. 2.)—Appeal unanimously dismissed as moot *(see, People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD VELEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Cicoria, J.—driving while intoxicated.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE WILCOX, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—attempted burglary, third degree.) Present—Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY PAUL DILLINGHAM, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Sullivan, J.—robbery, first degree.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM MITCHELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—attempted burglary, third degree.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN McCARLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—criminal possession of forged instrument, second degree.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.